IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00404-REB-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Unopposed Motion to Modify Scheduling Order, DN 28, filed with the Court on October 14, 2008, is GRANTED and the Scheduling Order dated June 11, 2008 is amended as follows:

    Plaintiff's Disclosure of Experts is extended up to and including December 1, 2008;

    Defendants' Disclosure of Experts is extended up to and including December 1, 2008;

    Defendants' Rebuttal of Plaintiff's Experts is extended up to and including January 2, 2009; and,

    Plaintiff's Rebuttal of Defendants' Experts is extended up to and including January 2, 2009.

Date: October 15, 2008