IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiff's Second Motion to Modify Scheduling Order (docket no. 36) is GRANTED finding good cause shown. The deadline to designate expert witnesses is extended to February 13, 2009. The deadline to designate rebuttal experts is extended to March 13, 2009. The deadline to complete discovery and to file dispositive motions is April 15, 2009. The Final Pretrial Conference remains set on April 16, 2009, at 8:30 a.m. The Rule 16 Scheduling Order is amended as outlined in this minute order.

Date: December 3, 2008