IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Protective Order (docket no. 40) is GRANTED finding good cause shown. The written Protective Order (docket no. 40-2) is APPROVED as amended in paragraphs 10 and 12 and made an Order of Court.

Date: December 9, 2008