IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Joint Motion to Compel Production of Presentence Investigation Report, DN 44, filed with the Court on December 31, 2008, is GRANTED. Defendant Federal Bureau of Prisons shall produce the Plaintiff's Presentence Investigation Report subject to the Protective Order entered in this case (docket 43).

Date: January 6, 2009