IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that Plaintiff's Third Motion to Modify Scheduling Order (Unopposed) (docket no. **47**) is GRANTED finding good cause shown noting that Judge Arguello has not yet entered her ruling on Defendants' Motion to Dismiss (docket no. 17) filed on June 9, 2008, and thus Defendants has not yet filed an Answer. The parties shall have 45 days after the filing on Defendants' Answer to designate their experts. The Rule 16 Scheduling Order (docket no. 19) is amended consistent with this minute order.

Date: February 17, 2009