**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, and
RON WILEY,

    Defendants.

---

**ORDER VACATING TRIAL DATES**

---

The parties' Joint Motion To Vacate and Reset Trial (Doc. # 53) is GRANTED, and it is hereby ORDERED that the following dates are VACATED:

1. Final Pretrial Conference before Magistrate Judge Michael J. Watanabe, currently set for April 16, 2009 at 8:30 a.m.;

2. Final Trial Preparation Conference before Judge Christine M. Arguello, currently set for May 1, 2009 at 9:00 a.m.; and

3. Four-day jury trial before Judge Arguello, currently set to commence on May 18, 2009 at 8:30 a.m.

IT IS FURTHER ORDERED that counsel shall confer and contact the Chambers of Magistrate Judge Watanabe (303-844-2403) <u>no later than April 20, 2009</u> to reset this matter for a Final Pretrial Conference. It is the practice of this Court to set a case for final trial preparation and trial upon completion of the final pretrial conference.

DATED: April __9__, 2009

BY THE COURT:

*Christine M. Arguello*

CHRISTINE M. ARGUELLO
United States District Judge