**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE CHRISTINE M. ARGUELLO**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: September 10, 2009

---

Civil Action No. 08-cv-00404-CMA-MJW

| *Parties:* | *Counsel:* |
|---|---|
| SALVADOR MAGLUTA, | Lawrence Besser |
|  | Paul Petruzzi |
| Plaintiff, | |
| v. | |
| UNITED STATES FEDERAL BUREAU OF PRISONS, HARLEY LAPPIN, and RON WILEY, | Marcy Cook |
| Defendants. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Motion

**9:08 a.m.    Court in session**.

Defendant present *via* video conference.

Also present: Plaintiff paralegal Marielena Abujasen and Bureau of Prisons representative Theresa Montoya.

**Witness sworn and testified for the defendants: JOSEPH BEELER:**
**9:28 a.m.**    Direct examination by Mr. Besser.
**9:58 a.m.**    **Witness excused**.

Argument.

**ORDER:**   Defendant's Motion for Preliminary Injunction and Temporary Restraining Order **(59)** is **denied**.

**10:22 a.m.   Court in recess/hearing concluded**.

Total in-court time: 1:14