IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    Based upon the Plaintiff's Response to Defendants' Motion for Protective Order and Agreement to Withdraw First Set of Requests for Admissions (Docket No. 80), it is hereby ORDERED that the Defendants' Motion for Protective Order (Docket No. 78) is denied as moot.

Date: November 16, 2009