IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

Plaintiff(s),

v.

UNITED STATES FEDERAL BUREAU OF PRISONS, et al.,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Defendants' Unopposed Motion for Leave to Take Deposition, DN 82, filed with the Court on November 30, 2009, is GRANTED. The Defendants are permitted to take the plaintiff's deposition and same shall be taken at the U.S. Penitentiary, High Security, in Florence, Colorado.

Date: December 3, 2009