IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00404-CMA-MJW

SALVADOR MAGLUTA,

    Plaintiff,

v.

UNITED STATES FEDERAL BUREAU OF PRISONS,
HARLEY LAPPIN, in his official capacity,
RON WILEY, in his individual capacity, and
BLAKE DAVIS, in his official capacity,

---

**ORDER GRANTING JOINT MOTION TO VACATE FINAL PRETRIAL CONFERENCE**
(Docket No. 88)

---

This matter is before the Court on the parties' Joint Motion to Vacate Final Pretrial Conference. Upon consideration of the motion, the Court finds that it should be granted. The final pretrial conference scheduled for December 15, 2009, is hereby vacated. In the event that the parties are not able to resolve this case by the first week in January 2010, they shall file a motion with the Court on or before January 15, 2010, requesting a new final pretrial conference date at that time.

DATED: December 9th, 2009

                                                                  */s/ Michael J. Watanabe*
                                                                  MICHAEL J. WATANABE
                                                                  U.S. MAGISTRATE JUDGE
                                                                  DISTRICT OF COLORADO